IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERRY NEAL, | § | |
| | § | No. 447, 2018 |
| | § | |
| Defendant/Counterclaim | § | Court Below: Court of Chancery |
| Plaintiff/Third-Party Plaintiff | § | of the State of Delaware |
| Below, | § | |
| Appellant, | § | |
| | § | C.A. No. 12294-VCMR |
| v. | § | |
| | § | |
| TRIPLE H FAMILY LIMITED | § | |
| PARTNERSHIP, a Delaware limited | § | |
| partnership, | § | |
| | § | |
| Plaintiff/Counterclaim Defendant | § | |
| Below, | § | |
| Appellee, | § | |
| | § | |
| JEFFREY A. HOOPS, | § | |
| | § | |
| Third-Party Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 3, 2019
Decided: April 4, 2019

Before **STRINE**, Chief Justice; **VAUGHN** and **SEITZ**, Justices.

## **O R D E R**

This 4th day of April 2019, we affirm the judgment of the Court of Chancery

on the basis of its opinion dated July 31, 2018.[1]

---

[1] *Triple H Family Limited Partnership v. Neal*, 2018 WL 3650242 (Del. Ch. July 31, 2018).

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice